# WADE A. ROBERTSON

P.O. BOX 20185, PALO ALTO, CALIFORNIA 94309-0185
TELEPHONE 866-845-6003

October 12, 2016

United States District Court
  For the District of Columbia
Attn: CLERK'S OFFICE
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
  Room 1225
Washington, D.C. 20001

**Re: Attorney Grievance Docket No. 15-19 ("Clevenger")**

TO THE HONORABLE CLERK OF THE COURT:

Enclosed herewith please find an original copy of my declaration to be filed in the above-noted attorney-grievance case, Docket No. 15-19 ("Clevenger"). It is my understanding that this original copy of my declaration in this matter is to be forwarded directly to the Clerk's office, but if that is incorrect, please forward it to the appropriate unit within the District Court.

Please call me if you have any questions: 866-845-6003

Thank you very much for your prompt attention to this matter.

Sincerely,

Wade Robertson

MAIL - D
Mail Room

OCT 17 2016

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY CLEVENGER,
        Respondent
Member of the Bar of the District Court
for the District of Columbia

Attorney Grievance
Docket No. 15-19

### Declaration of Wade Robertson

    My name is Wade Robertson, I am greater than 18 years of age and competent to testify, and I do testify as follows:

1. Ty Clevenger served as my attorney against William C. Cartinhour, Jr. in various proceedings before the federal courts of the District of Columbia.

2. After the trial court proceedings in my various cases in those courts against Mr. Cartinhour were terminated, I learned that he was a paranoid schizophrenic who was prone to hallucinations, delusions, and pathological dishonesty. At no time prior to, or during the federal trial proceedings in the District of Columbia in which I was represented by Ty Clevenger, was I aware that William C. Cartinhour, Jr. was a paranoid schizophrenic, nor that he had any personal medical history of any schizophrenia, nor any other mental illnesses.

3. During those same federal trial proceedings in the District of Columbia, Mr. Cartinhour and his psychiatrist, Dr. Stanley Slater, never disclosed the schizophrenia in response to questions that should have prompted a disclosure. Mr. Cartinhour secured a $7 million jury verdict against me, largely based on his own testimony, but the jury was never informed about his severe mental illness.

4. I also learned after the foregoing cases were terminated that at least one of Mr. Cartinhour's attorneys, apparently Michael Bramnick, had tampered with Mr. Cartinhour's medical records in order to remove references to schizophrenia or instances of psychosis. Likewise, I learned during a conversation with Dr. Slater after trial that he may have disclosed Mr. Cartinhour's schizophrenia to Judge Huvelle during *ex parte* communications while the case was pending. If he made that disclosure to Judge Huvelle, she never disclosed it in open court or to me.

5. I intend to file a complaint in the U.S. District Court seeking to set aside the judgment that Mr. Cartinhour obtained against me by fraud. I presently intend to have the complaint filed within the next two weeks.

    I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: **October 12, 2016**

**Wade Robertson**

OCT 1 7 2016