UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TY CLEVENGER,<br>    Respondent<br>Member of the Bar of the District Court<br>for the District of Columbia | Attorney Grievance<br>Docket No. 15-19 |

## Declaration of Edward Griffin

I, EDWARD GRIFFIN, am greater than 18 years of age, am competent to testify, and upon my own personal knowledge do hereby testify and/or declare as follows:

1. I represented Wade Robertson in the matter of "*Wade A. Robertson v. William C. Cartinhour, Jr.,*" D.C.D.C. Case number 09-cv-01642.

2. At no time prior to, or during, the trial in the above-identified civil action was it disclosed to me that the defendant/counter-plaintiff William C. Cartinhour, Jr. had any history of the mental illness of "paranoid schizophrenia," nor any other form of schizophrenia.

3. Moreover, at no time prior to, or during, that same trial noted above was I aware that William C. Cartinhour, Jr. specifically had any personal medical history of any schizophrenia nor any history of medical treatment for any schizophrenia.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/7/16                         By: _____
                                           Edward Griffin

Mail Room
OCT 2 4 2016
Angela ... 
U.S. District Court ... of Col...